NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| H.R. EWELL, INC.; et al.,<br><br>              Petitioners,<br><br>    v.<br><br>U.S. Environmental Protection Agency,<br><br>              Respondent. | No. 25-1475 |

**EPA's Unopposed Motion to Consolidate**

Respondent Environmental Protection Agency ("EPA") moves to consolidate this petition with No. 25-89, which challenges the same agency action. Petitioners do not oppose, on the condition that consolidation not prejudice their ability to request leave to file a merits brief separate from any other petitioners. State Respondent-Intervenors and Public Interest Organization Respondent-Intervenors do not oppose.

The petition for review challenges EPA's action, *California State Motor Vehicle and Engine and Nonroad Engine Pollution Control Standards; The "Omnibus" Low NOx Regulation; Waiver of Preemption; Notice of Decision*, 90 Fed. Reg. 643 (Jan. 6, 2025).

The same agency action is the subject of a pending petition for review in this Court, *American Free Enterprise Chamber of Commerce v. EPA*, No. 25-89. That petition is in abeyance until June 16, 2025, to allow EPA time to brief new administration officials and to allow them to decide what action by the new Administration, if any, is necessary.

Consolidating the instant petition with No. 25-89 will prevent unnecessary duplication, and will ensure the instant petition proceeds on the same timeline as No. 25-89, which will preserve the resources of the parties and the Court.

The Court should therefore consolidate this petition with No. 25-89, and keep the consolidated petitions in abeyance until June 16, 2025, with motions to govern due at the end of that period.

Respectfully submitted on April 10, 2025.

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General

      */s/ Daniel R. Dertke*
    Daniel R. Dertke
    U.S. Department of Justice
    Environment & Natural Res. Div.
    Environmental Defense Section
    P.O. Box 7611
    Washington, D.C. 20044
    (202) 514-0994
    Daniel.Dertke@usdoj.gov

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 220 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on April 10, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Daniel R. Dertke*
Daniel R. Dertke