NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| American Free Enterprise Chamber of Commerce,<br><br>            Petitioner,<br><br>    v.<br><br>U.S. Environmental Protection Agency,<br><br>            Respondent. | No. 25-89<br>Consolidated with No. 25-1475, No. 25-1480 |

**EPA's Unopposed Motion to Hold Case in Abeyance**

EPA moves the Court to extend the abeyance for these consolidated cases for an additional 30 days to allow the agency to consider next steps in light of recent legislation. Petitioners do not oppose the relief requested. The State Respondent-Intervenors and the Public Interest Respondent-Intervenors take no position.

These petitions for review challenge EPA's action, *California State Motor Vehicle and Engine and Nonroad Engine Pollution Control Standards; The "Omnibus" Low NOx Regulation; Waiver of Preemption; Notice of Decision*, 90 Fed. Reg. 643 (Jan. 6, 2025).

EPA previously moved for, and was granted, abeyance to brief new administration officials about these cases. *See* Feb. 19, 2025 Order (granting abeyance to June 16) (Doc. 20.1); May 16, 2025 Order (extending abeyance to July 14).

However, in May 2025 the House and Senate passed a joint resolution to disapprove the challenged action. *See* https://www.congress.gov/bill/119th-congress/house-joint-resolution/89/all-actions. Shortly afterward, the President signed the resolution into law. *Id.*

EPA needs additional time to consider this development and next steps in the litigation. To that end, the agency requests a modest extension of the abeyance. No party would be prejudiced by the requested abeyance. Petitioners in the consolidated cases do not oppose the relief sought.

For these reasons, the Court should leave this matter in abeyance for another 30 days, with motions to govern due at the end of that period. Respectfully submitted on July 14, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

   */s/ Daniel R. Dertke*
DANIEL R. DERTKE
U.S. Department of Justice
Environment & Natural Res. Div.
Environmental Defense Section

                                                                      P.O. Box 7611  
                                                                      Washington, D.C. 20044  
                                                                      (202) 514-0994  
                                                                      Daniel.Dertke@usdoj.gov

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 223 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on July 14, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Daniel R. Dertke*
Daniel R. Dertke
