UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Respondent,<br><br>---------------------------------------<br><br>ENVIRONMENTAL DEFENSE FUND; et al.,<br><br>        Intervenors - Pending,<br><br>and<br><br>STATE OF CALIFORNIA; et al.,<br><br>        Intervenors. | No. 25-89<br><br>Agency No.<br>EPA–HQ–OAR–2022–0332<br>Environmental Protection Agency<br><br>ORDER |
| H.R. EWELL, INC.; et al.,<br><br>        Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Respondent, | No. 25-1475<br><br>Agency No.<br>EPA–HQ–OAR–2022–0332<br>Environmental Protection Agency |

---------------------------------------

ENVIRONMENTAL DEFENSE FUND; et al.,

             Intervenors - Pending.

---

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and ENERGY MARKETERS OF AMERICA,

             Petitioners,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,

             Respondents,

---------------------------------------

ENVIRONMENTAL DEFENSE FUND; et al.,

             Intervenors - Pending.

No. 25-1480

Agency Nos.
EPA–HQ–OAR–2022–0332
EPA–HQ–OPPT–2018–0320
Environmental Protection Agency

The motion (Docket Entry No. 25) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until August 13, 2025. If no motion for further relief is filed before this date, the consolidated briefing schedule will be reset in a future order.

25-89

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-89