UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

AMERICAN FREE ENTERPRISE
CHAMBER OF COMMERCE,

       Petitioner,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

       Respondent,

----------------------------------------

ENVIRONMENTAL DEFENSE FUND; et
al.,

       Intervenors,

and

STATE OF CALIFORNIA; et al.,

       Intervenors.

No. 25-89

Agency No. EPA–HQ–OAR–2022–0332

Environmental Protection Agency

ORDER

---

H.R. EWELL, INC.; et al.,

       Petitioners,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

No. 25-1475

Agency No. EPA–HQ–OAR–2022–0332

Environmental Protection Agency

Respondent,

----------------------------------------

ENVIRONMENTAL DEFENSE FUND; et al.,

Intervenors.

---

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and ENERGY MARKETERS OF AMERICA,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,

Respondents,

----------------------------------------

ENVIRONMENTAL DEFENSE FUND; et al.,

Intervenors.

No. 25-1480
Agency Nos. EPA–HQ–OAR–2022–0332
EPA–HQ–OPPT–2018–0320
Environmental Protection Agency

Before: SILVERMAN, M. SMITH, and NGUYEN, Circuit Judges.

The motions (Docket Entry Nos. 11 and 14 in No. 25-1475; Docket Entry Nos. 8 and 11 in No. 25-1480) to intervene are granted.

2                                                                                    25-89

The motion (Docket Entry No. 41) to hold these consolidated petitions in abeyance is granted. The petitions are stayed until the district court proceedings in *California v. United States*, No. 4:25-cv-4966 (N.D. Cal.) or *Daimler Truck North America LLC v. California Air Resources Board*, No. 2:25-cv-2255 (E.D. Cal.) are completed. The parties must file a status report and/or motions for appropriate relief within 30 days after the resolution of either district court proceeding.

The motion to stay briefing (Docket Entry No. 47) is moot.

All other pending motions will be addressed after the resolution of district court proceedings.

25-89